# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:   JILL ELIZABETH LAUSCH,** | : | Case No. 11-57924 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor JILL ELIZABETH LAUSCH, by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

JILL ELIZABETH LAUSCH
5117 Dinard Way
Columbus, Ohio 43221

Respectfully submitted,

Dated: 12 April 2016

/s/ Mark Albert Herder
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com